THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Michael MacFarland,       
Appellant,
 
 
 

Appeal From Charleston County
Deadra L. Jefferson, Family Court Judge

Unpublished Opinion No. 2003-UP-554
Submitted July 15, 2003  Filed September 
 25, 2003 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, 
 of Columbia, for Appellant.
Attorney General Charles M. Condon, 
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General 
 Charles H. Richardson, all of Columbia; and Solicitor Ralph E. Hoisington, of 
 Charleston, for Respondent.
 
 
 

PER CURIAM:  Michael MacFarland appeals 
 his conviction for possession of heroin, arguing the lower court erred in allowing 
 the State to exercise three peremptory challenges in a discriminatory manner.  
 MacFarlands counsel attached to the brief a petition to be relieved as counsel, 
 stating that she had reviewed the record and concluded this appeal lacks merit.  
 MacFarland filed a separate pro se brief arguing his rights have 
 been denied based on certain technicalities.  After a thorough review of the 
 record, MacFarlands pro se brief, and counsels brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] MacFarlands appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.